# EXHIBIT D

CT Corporation

**Service of Process Transmittal**
07/16/2021
CT Log Number 539915124

TO:     Michael Clemmer, Esq
        Compass Bank
        15 South 20th Street, Suite 1801
        Birmingham, AL 35233

RE:     **Process Served in Texas**

FOR:    BBVA Compass  (Assumed Name)  (Domestic State: AL)
        BBVA USA (True Name)


**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Jonathan Valderrama, Pltf. vs. BBVA COMPASS, BBVA USA, PNC FINANCIAL SERVICES GROUP, Inc., Dft<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # JS21201710 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/16/2021 at 02:40 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/16/2021, Expected Purge Date: 07/21/2021<br><br>Image SOP<br><br>Email Notification,  Michael Clemmer, Esq  legaldept.us@bbva.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                          Fri, Jul 16, 2021

**Server Name:**                   Drop Service

| | |
|---|---|
| Entity Served | BBVA COMPASS BBVA US PNC FINANCIAL SERVICES GROUP |
| Case Number | JS21201710 |
| Jurisdiction | TX |



SUIT DESCRIPTION:
AS DESCRIBED IN PLAINTIFF'S PETI

TO THE DEFENDANT: BBVA COMPASS BBVA USA PNC FINANCIAL SERVICES GROUP INC

PLAINTIFF(S):
VALDERRAMA, JONATHAN
7607 MORTON STREET
DALLAS, TX 75209
(940)   368   4531

YOU HAVE BEEN SUED.   YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING

AGAINST THIS LAWSUIT.   BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY.   YOU

OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT. YOUR ANSWER IS DUE BY

THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED WITH THESE PAPERS.   IF

THE 14TH DAY IS A SATURDAY, SUNDAY, OR LEGAL HOLIDAY, YOUR ANSWER IS DUE BY

vs.

THE END OF THE FIRST DAY FOLLOWING THE 14TH DAY THAT IS NOT A SATURDAY,

DEFENDANT(S):
BBVA COMPASS BBVA USA PNC FINANC
SERVICES GROUP INC
R/A CT CORPORATION SYSTEM
1999 BRYAN ST STE 900

DALLAS, TX 75201

SUNDAY, OR LEGAL HOLIDAY.   DO NOT IGNORE THESE PAPERS.   IF YOU DO NOT FILE

AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.   FOR

FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE,

WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

IF YOU FAIL TO FILE AN ANSWER, JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST

YOU FOR THE RELIEF DEMANDED IN THE PETITION. A COPY OF PLAINTIFF'S PETITION

**CITATION
IN THE JUSTICE COURT**

IS ATTACHED HERETO AND MADE A PART HEREOF AS THOUGH WRITTEN IN.

FILED ON: 07-01-2021

GIVEN UNDER MY HAND OFFICIALLY, THIS JULY 01, 2021.

CITATION ISSUED: 07-01-2021
CITATION ISSUED TO
CONST #1

JUDGE SARA MARTINEZ
JUSTICE OF THE PEACE
PRECINCT 5 PLACE 1
DALLAS COUNTY

SARA MARTINEZ
JUSTICE OF THE PEACE
PRECINCT 5, PLACE 1
DALLAS COUNTY
3443 ST. FRANCIS
DALLAS, TEXAS 75228
(214) 943-6980



**JUDGE SARA MARTINEZ**
Justice of the Peace 5-1
3443 St. Francis Ave
Dallas, TX 75228
214.943.6980

FOR COURT USE ONLY:

CASE NO. JS21 - 20171 o

PRECINCT / COUNTY Const. #1

## PETITION: SMALL CLAIMS CASE

### In the Justice Court, Precinct 5 Place 1, Dallas County, Texas

PLAINTIFF: JONATHAN VALDERRAMA

VS.

DEFENDANT(S): CT CORPORATION SYSTEM, BBVA COMPASS, BBVA USA, PNC FINANCIAL SERVICES GROUP, INC.

Defendant(s) Address/City/State/Zip: 3939 ST. FRANCIS AVE/DALLAS/TEXAS/75228, 1999 BRYAN ST/STE.900/DALLAS/TX/75201-3136

COMPLAINT: The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
Violation of 15 U.S. Code § 1692g Validation of debts. Defendants have failed to notify Plaintiff of delinquency or collections prior to charging off the loan, debt has not been validated by Defendant.

RE: Loan Number 0216727259560

RELIEF: Plaintiff seeks damages in the amount of $ 10,000 , and/or return of personal property as described as follows (be specific): 2008 Lexus IS 250 / VIN:JTHBK262082082429 , which has a value of $ 10,000 .
Additionally, plaintiff seeks the following: _____

SERVICE OF CITATION: Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:

☑ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: VJONATHAN@OUTLOOK.COM .

JONATHAN VALDERRAMA

Petitioner's Printed Name

*Signature:* Jonathan Valderrama
Signature of Plaintiff or Attorney

7607 MORTON STREET
Address of Plaintiff's Attorney, if any, or Plaintiff if none

| DALLAS | TEXAS | 75209 |
|--------|-------|-------|
| City | State | Zip |

**DEFENDANT(S) INFORMATION** (if known):
DATE OF BIRTH: _____

*LAST 4 NUMBERS OF DRIVER LICENSE: _____
*LAST 4 NUMBERS OF SOCIAL SECURITY: _____

DEFENDANT'S PHONE NUMBER: _____

Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

Small Claim Petition 7/2013